1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| ANNA DOLMAZYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-02132 TJH (KSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**<br><br>Date:   May 4, 2020<br>Time:  UNDER SUBMISSION<br>Place:  Courtroom 9B |

20
21
22
23
24

Plaintiff Anna Dolmazyan's Motion for Remand to State Court was taken under submission on May 4, 2020 in the United States District Court for the Central District of California, before the Honorable Terry J. Hatter, Jr., judge presiding, in Courtroom 9B. All parties appeared through counsel per their submitted papers.

25  ///
26  ///
27  ///
28  ///

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR REMAND**

-2-

The Court, having considered the documents on file and all other matters presented, rules that Plaintiff's motion is GRANTED. Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

DATED: May ____, 2020

_____
Hon. Terry J. Hatter, Jr.
U.S. District Judge